UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EUKOR CAR CARRIERS INC., | ) | |
| Plaintiff(s), | ) | No. C10-0408 BZ |
| v. | ) | **BRIEFING ORDER** |
| CHEMOIL CORPORATION, | ) | |
| Defendant(s). | ) | |

Having received defendant's motion to stay, **IT IS ORDERED** that any opposition shall be filed by **MARCH 24, 2010.** Any reply shall be filed by **MARCH 31, 2010**.

Dated: March 9, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\EUKOR V. CHEMOIL\BRIEFING ORDER.wpd

1