UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUKOR CAR CARRIERS INC.,<br><br>        Plaintiff(s),<br><br>    v.<br><br>CHEMOIL CORPORATION,<br><br>        Defendant(s). | No. C10-0408 BZ<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

    By Thursday, April 8, 2010, Eukor shall file a supplemental brief limited to 5 pages addressing only the following two issues:

    1.   The relationship between Eukor and Wilhelmsen including an explanation for why Eukor appears on Wilhelmsen's website as averred by Mr. Tolson.

    2.   Eukor's standing to bring this action if the Court concludes that it is not a party to the contract between Wilhelmsen and Chemoil, as Eukor asserts, given the rule established in <u>Robins Dry Dock & Repair Co. v. Flint</u>, 275 U.S. at 309, 48 S.Ct. 134 (citations omitted) and recently affirmed

1

by the Ninth Circuit in <u>Nautilus Marine, Inc. v. Niemela</u>, 170 F.3d 1195, 1196 (9th Cir. 1999).

Dated: April 5, 2010

                                                Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\EUKOR V. CHEMOIL\FURTHER BRIEFING ORDER.wpd

2