UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
EUKOR CAR CARRIERS INC.,    )
                            )
        Plaintiff(s),       )    No. C10-0408 BZ
                            )
    v.                      )
                            )    ORDER RE SUPPLEMENTAL BRIEF
CHEMOIL CORPORATION,        )
                            )
        Defendant(s).       )
                            )
_____)
```

Chemoil is **ORDERED** to file a supplemental brief in opposite to Eukor's of up **five pages** by **Wednesday, May 19, 2010**.

Dated: May 13, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\EUKOR V. CHEMOIL\ORD RE CHEMOIL SUPPLEMENTAL BRIEF.wpd

1