1  STANLEY L. GIBSON (047882)
   MARISA G. HUBER (254171)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, California 94105
   Telephone:   (415) 348-6000
4  Facsimile:   (415) 348-6001
   Email:       sgibson@gibsonrobb.com
5               mhuber@gibsonrobb.com

6  Attorneys for Defendant
   CHEMOIL CORPORATION
7

8

9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12

13  EUKOR CAR CARRIES INC.,              )  Case No. 10-cv-00408-BZ
                                         )
14                                       )  **JOINT STIPULATION, REQUEST AND**
                                         )  [PROPOSED] **ORDER CONTINUING**
15            Plaintiff,                 )  **CASE MANAGEMENT CONFERENCE**
                                         )
16                                       )
       v.                                )
17                                       )
                                         )
18  CHEMOIL CORPORATION,                 )
                                         )
19                                       )
              Defendants.                )
20                                       )
                                         )  Filing Date:  January 28, 2010
21                                       )  Trial Date:   TBD

22       **JOINT STIPULATION**

23       It is hereby stipulated by the parties through their respective attorneys of record and

24  requested of the Court that the Case Management Conference currently scheduled for May 17,

25  2010, at 4:00 p.m. in Courtroom G, 15th Floor to be continued to a later date to be set by the

26  Court.

27       Additional time is requested due to Defendant CHEMOIL CORPORATIONS's pending

28  motion to stay the proceedings pending arbitration which the Court has taken under submission.

---

JOINT STIPULATION, REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 10-cv-00408-BZ; OUR FILE NO. 6500.77ML

1  This stipulation may be executed in counterparts.

3  Dated: May ___, 2010            GIBSON ROBB & LINDH LLP

6                                  _____
                                    Marisa G. Huber
                                    Attorneys for Defendant
                                    CHEMOIL CORPORATION

8  Dated: May ___, 2010            KEESAL YOUNG & LOGAN

11                                 _____
                                    James A. H. Marissen
                                    Attorney for Plaintiff
                                    EUKOR CAR CARRIERS INC.

## ORDER ON STIPULATION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, the Court having considered the stipulation of the parties to continue the Case Management Conference and good cause appearing therefor, hereby orders that the Case Management Conference date of May 17, 2010, in this matter be vacated and reset for _JUNE 14, 2010_, at _4:00 PM_

IT IS SO ORDERED.

Dated: _5/14/2010_                 _____
                                    Honorable Bernard Zimmerman
                                    United States Magistrate Judge