UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUKOR CAR CARRIERS INC., <br><br> Plaintiff(s), <br><br> v. <br><br> CHEMOIL CORPORATION, <br><br> Defendant(s). | No. C10-0408 BZ <br><br> **BRIEFING ORDER RE MOTION TO LIFT STAY** |

Having received plaintiff's motion to lift the stay in this action, **IT IS HEREBY ORDERED** that any opposition shall be filed by **May 13, 2011**. Any reply shall be filed by **May 23, 2011**.

Dated: April 22, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\ARCHIVE\BZ CONSENT CASES\BZCASES.6\EUKOR V. CHEMOIL\BRIEFING ORDER RE MOTION TO LIFT STAY.wpd

1