UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| EUKOR CAR CARRIERS INC., | ) | |
| Plaintiff(s), | ) | No. C10-0408 BZ |
| v. | ) | |
| CHEMOIL CORPORATION, | ) | **ORDER LIFTING STAY FOR LIMITED PURPOSES** |
| Defendant(s). | ) | |

Following a hearing at which both sides appeared through counsel, **IT IS ORDERED** that plaintiff's motion to lift the stay is **GRANTED** as follows:

1. Plaintiff shall file its motion to establish that certain issues are outside the scope of the anticipated arbitration by **August 3, 2011.** Defendant's opposition shall be filed by **August 17, 2011.** A reply shall be filed by **August 24, 2011**. The Court will schedule a hearing if it concludes that one is necessary.

2. Plaintiff is advised that the Court will order the arbitration to commence within **30 days** of its ruling on plaintiff's motion or this case may be dismissed for lack of

1

prosecution.

    3.   This matter is referred to the Honorable Laurel Beeler to hold a settlement conference as soon as her calendar permits.

    Except as so **ORDERED**, the stay remains in effect.

Dated: July 21, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\EUKOR V. CHEMOIL\ORDER LIFTING STAY FOR LIMITED PURPOSES.wpd

2