STANLEY L. GIBSON (047882)
MARISA G. HUBER (254171)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California  94105
Telephone:   (415) 348-6000
Facsimile:   (415) 348-6001
Email:       sgibson@gibsonrobb.com
             mhuber@gibsonrobb.com

Attorneys for Defendant
CHEMOIL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUKOR CAR CARRIERS INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHEMOIL CORPORATION,<br><br>　　　　Defendants. | Case No. 10-cv-00408-BZ<br><br>[~~PROPOSED~~] **ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>Assigned to Magistrate Judge Bernard Zimmerman<br><br>Settlement Conference Before Magistrate Judge Laurel Beeler<br><br>Complaint Filed:   January 28, 2010<br>Trial Date:        None |

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the settlement conference presently scheduled for August 4, 2011, at 1:00 pm before Magistrate Judge Laurel Beeler is continued to __October 4__, 2011, at _10:00_ a.m. ~~am/pm~~, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, CA 94612.  All other provisions of Magistrate Judge Beeler's Notice and Order Regarding Settlement Conference issued on July 25, 2011, are to remain unchanged.

DATED:  July 29, 2011            _____
                                 Laurel Beeler
                                 United States Magistrate Judge