AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

EUKOR CAR CARRIERS INC.
Plaintiff(s),
v.
CHEMOIL CORPORATION
Defendant(s).

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 10-CV-00408 BZ

Notice is hereby given that, subject to approval by the court, EUKOR CAR CARRIERS INC. substitutes
(Party(s) Name)

CONTE C. CICALA , State Bar No. 173554 as counsel of record in
(Name of New Attorney)

place of KEESAL, YOUNG & LOGAN - WILLIAM H. COLLIER, JR; ELIZABETH P. BEAZLEY; JAMES A. MARISSEN
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: FLYNN, DELICH & WISE LLP
Address: 343 Sansome Street, Suite 540, San Francisco, CA 94104
Telephone: (415) 693-5566    Facsimile (415) 693-0410
E-Mail (Optional): contec@fdw-law.com

I consent to the above substitution.
Date: 2/23/2012

EUKOR CAR CARRIERS INC.
Chan Poo Park
(Signature of Party(s))

I consent to being substituted.
Date: 2/21/2012

KEESAL, YOUNG & LOGAN
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 2/17/2012

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 28 Feb 2012

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]