CONTE C. CICALA (Bar No. 173554)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA 94104
Telephone: (415) 693-5566
Telecopier: (415) 693-0410
Email: contec@fdw-law.com

Attorneys for Plaintiff
EUKOR CAR CARRIERS INC.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUKOR CAR CARRIERS INC., <br><br> Plaintiff, <br> vs. <br> CHEMOIL CORPORATION, <br><br> Defendant. | Case No.: 10-CV-00408 BZ <br><br> **STIPULATED DISMISSAL WITH PREJUDICE; ~~PROPOSED~~ ORDER THEREON** |

### STIPULATED DISMISSAL

Plaintiff/petitioner Eukor Car Carriers, Inc. ("Eukor") and Defendant Chemoil Corporation ("Chemoil"), having resolved this matter by settlement, hereby stipulate and agree that this matter shall be and hereby is dismissed with prejudice, each party to bear its own fees and costs.

DATED: October 16, 2013                                FLYNN, DELICH & WISE LLP

                                                                                   /s/
                                                                   By: _____
                                                                          Conte C. Cicala
                                                                   Attorneys for Plaintiff
                                                                   EUKOR CAR CARRIERS INC.

-1-

Status Report
Case No. 10-cv-00408 BZ

DATED: October 16, 2013                    GIBSON, ROBB & LINDH LLP

                                                    /s/
                                           By: _____
                                              Marisa Huber
                                           Attorneys for Defendant
                                           CHEMOIL CORPORATION

**[PROPOSED] ORDER**

Pursuant to stipulation, it is so ordered.

DATED: __November 6,__ 2013



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE